**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Markus Kalekhman,<br><br>                    Plaintiff,<br><br>     v.<br><br>Tate & Kirlin Associates, Inc., and Transworld Systems Inc.,<br><br>                    Defendants. | Case No.: 1:17-cv-04604-SLT-SJB |

**NOTICE OF SETTLEMENT**

The Plaintiff and Defendant Tate & Kirlin Associates, Inc., respectfully inform the Court that they agreed to a settlement in principle on October 29, 2017.  The parties anticipate filing a stipulation of dismissal within 30 days.

Dated:  October 30, 2017

Respectfully submitted,

| | |
|---|---|
| /s/Hashim Rahman          . | /s/ Arthur Sanders         . |
| Hashim Rahman, Esq. | Arthur Sanders, Esq. |
| Rahman Legal | Barron & Newburger, PC |
| 155 Water Street | 30 South Main Street |
| Brooklyn, NY 11201 | New City, NY 10956 |
| hrahman@rahmanlegal.com | asanders@bn-lawyers.com |
| Tel: (347) 433-6139 | Tel: (845) 499-2990 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant Tate & Kirlin Associates, Inc.* |