UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Markus Kalekhman,

                Plaintiff,

v.

Tate & Kirlin Associates, Inc., and
Transworld Systems Inc.,

                Defendants.

Case No.: 1:17-cv-04604-SLT-SJB

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Plaintiff and Defendant Tate & Kirlin Associates, Inc., that all claims asserted the above-captioned action are hereby dismissed with prejudice against Tate & Kirlin Associates, Inc.

Dated: December 5, 2017

Respectfully submitted,

By: S/ _____
Hashim Rahman, Esq.
Rahman Legal
155 Water Street
Brooklyn, NY 11201
hrahman@rahmanlegal.com
Phone: (347) 433-6139
Fax: (347) 382-9457

*Attorney for Plaintiff*

By: _____
Arthur Sanders, Esq
Barron & Newburger, P.C.
30 South Main Street
New City, NY 10956
asanders@bn-lawyers.com
Phone: (845) 499-2990
Fax: (845) 499-2992

*Attorney for Defendant Tate & Kirlin Associates, Inc.*

1