UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Markus Kalekhman,<br><br>              Plaintiff,<br>     v.<br><br>Tate & Kirlin Associates, Inc., and<br>Transworld Systems Inc.<br><br>              Defendants. | Case No.: 1:17-cv-04604-SLT-SJB |

## NOTICE OF SETTLEMENT

The Plaintiff and Defendant Transworld Systems Inc., respectfully inform the Court that they agreed to a settlement in principle on December 28, 2017. The parties anticipate filing a stipulation of dismissal within 30 days.

Dated: January 3, 2018

Respectfully submitted,

/s/Hashim Rahman
Hashim Rahman, Esq.
Rahman Legal
155 Water Street
Brooklyn, NY 11201
hrahman@rahmanlegal.com
Tel: (347) 433-6139

*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
aeasley@sessions.legal
(908) 237-1660

*Attorney for defendant
Transworld Systems, Inc.*