UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Markus Kalekhman,<br><br>       Plaintiff,<br> v.<br><br>Tate & Kirlin Associates, Inc., and Transworld Systems Inc.,<br><br>       Defendants. | Case No.: 1:17-cv-04604-AMD-SJB<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant Transworld Systems Inc., that all claims asserted in the above-captioned action are hereby dismissed with prejudice with each party to bear its own respective costs and fees.

Dated:  March 14, 2018

Respectfully submitted,

By: /s/  Hashim Rahman           By: /s/ Aaron R. Easley
Hashim Rahman, Esq.            Aaron R. Easley, Esq.  (ae9922)
Rahman Legal                Sessions Fishman Nathan & Israel
155 Water Street              3 Cross Creek Dr.
Brooklyn, NY 11201            Flemington, NJ 08822
hrahman@rahmanlegal.com         Email: aeasley@sessions.legal
Phone: (347) 433-6139           Ph: 908-237-1660
Fax:   (347) 382-9457

*Attorney for Plaintiff*                *Attorney for Defendant*

1