UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 14 2018 ★

BROOKLYN OFFICE

Markus Kalekhman,

                     Plaintiff,

v.

Tate & Kirlin Associates, Inc., and
Transworld Systems Inc.,

                     Defendants.

Case No.: 1:17-cv-04604-AMD-SJB

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and Defendant Transworld Systems Inc., that all claims asserted in the above-captioned action are hereby dismissed with prejudice with each party to bear its own respective costs and fees.

Dated: March 14, 2018

Respectfully submitted,

By: /s/ Hashim Rahman
Hashim Rahman, Esq.
Rahman Legal
155 Water Street
Brooklyn, NY 11201
hrahman@rahmanlegal.com
Phone: (347) 433-6139
Fax:   (347) 382-9457

*Attorney for Plaintiff*

By: /s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
Sessions Fishman Nathan & Israel
3 Cross Creek Dr.
Flemington, NJ 08822
Email: aeasley@sessions.legal
Ph: 908-237-1660

*Attorney for Defendant*

SO ORDERED
DATED: Brooklyn, NY

s/Ann M. Donnelly
Ann M. Donnelly
U.S. District Judge

1